# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 30, 2023

Mr. Mark J. Tamblyn
WEXLER & BOLEY
Suite 200
333 University Avenue
Sacramento, CA  95825

Mr. Tyler W. Hudson
WAGSTAFF & CARTMELL
Suite 300
4740 Grand Avenue
Kansas City, MO  64112-0000

Ms. Kara A. Elgersma and
   Mr. Kenneth A. Wexler
WEXLER & BOLEY
211 S. Wacker Drive
Suite 5450
Chicago, IL  60606

Mr. James Joseph Pepper
Suite 2
122 E. Court Street
Doylestown, PA  18901

RE:  23-2564  USA ex rel. Elizabeth Holt v. Medicare Medicaid Advisors, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

Page Two
23-2564

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

CAH

Enclosure(s)

cc: Mr. Timothy J. Ahrenhoersterbaeumer
    Ms. Jessica Andrade
    Mr. Edwin E. Brooks
    Ms. Mariellen Dugan
    Ms. Christina M. Egan
    Mr. Andrew J. Ennis
    Mr. Gerald P Greiman
    Ms. Emily McGowan
    Mr. Philip Morrow
    Mr. Kevin Musiakiewicz
    Mr. David J. Pivnick
    Mr. Bradley J. Schlozman
    Mr. Robert K. Warren
    Ms. Paige A. Wymore-Wynn
    Mr. Phillip James Richard Zeeck

    District Court/Agency Case Number(s):   4:18-cv-00860-DGK

**Caption For Case Number:   23-2564**

United States of America ex rel. Elizabeth D. Holt

        Relator - Appellant

v.

Medicare Medical Advisors, Inc.; Carefree Solutions USA Inc.; Carefree Insurance Inc.; Aetna Incorporated; Humana, Inc.; UnitedHealthcare Insurance Company

        Defendants - Appellees

**Addresses For Case Participants:   23-2564**

Mr. Mark J. Tamblyn
WEXLER & BOLEY
Suite 200
333 University Avenue
Sacramento, CA  95825

Ms. Kara A. Elgersma and
    Mr. Kenneth A. Wexler
WEXLER & BOLEY
211 S. Wacker Drive
Suite 5450
Chicago, IL  60606

Mr. Tyler W. Hudson
WAGSTAFF & CARTMELL
Suite 300
4740 Grand Avenue
Kansas City, MO  64112-0000

Mr. James Joseph Pepper
Suite 2
122 E. Court Street
Doylestown, PA  18901

Mr. Timothy J. Ahrenhoersterbaeumer,
    Mr. Gerald P Greiman
SPENCER & FANE
Suite 1200
1 N. Brentwood Boulevard
Saint Louis, MO  63105-0000

Ms. Jessica Andrade
POLSINELLI, PC
Suite 3500
1000 Second Avenue
Seattle, WA  98104

Mr. Edwin E. Brooks,
    Ms. Christina M. Egan,
    Mr. David J. Pivnick
MCGUIRE & WOODS
Suite 4100
77 W. Wacker Drive
Chicago, IL  60601-0000

Ms. Mariellen Dugan,
   Mr. Philip Morrow,
   Mr. Kevin Musiakiewicz
CALCAGNI & KANEFSKY
14th Floor
1085 Raymond Boulevard
Newark, NJ  07102


Mr. Andrew J. Ennis,
   Mr. Phillip James Richard Zeeck
POLSINELLI, PC
Suite 900
900 W. 48th Place
Kansas City, MO  64112-1895

Ms. Emily McGowan
ALSTON & BIRD
Suite 300
1120 S. Tryon Street
Charlotte, NC  28203-6818

Mr. Bradley J. Schlozman
HINKLE LAW FIRM
Suite 400
1617 N. Waterfront Parkway
Wichita, KS  67206

Mr. Robert K. Warren
MCGUIRE & WOODS
Suite 3000
201 N. Tryon Street
Charlotte, NC  28280-0001

Ms. Paige A. Wymore-Wynn
U.S. DISTRICT COURT- Western Missouri
Western District of Missouri Clerk's Office
Room 1510
400 E. Ninth Street
Kansas City, MO  64106-0000