# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: USA ex rel. Elizabeth Holt vs. Medicare Medicaid Advisors, et al

**The Clerk will enter my appearance as Counsel in Appeal No.** 23-2564 for the following party(s): (please specify)

Elizabeth Holt

☑ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Kara A. Elgersma     s/: Kara A. Elgersma

Firm Name: Wexler Boley & Elgersma LLP

Business Address: 311 S. Wacker Dr., Suite 5450

City/State/Zip: Chicago, IL 60606

Telephone Number (Area Code): (312) 346-2222

Email Address: kae@wbe-llp.com

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 7/5/2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: