# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: U.S.A. ex rel. Elizabeth D. Holt vs. Medicare Medicaid Advisors, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 23-2564 **for the following party(s): (please specify)**

Medicare Medicaid Advisors, Inc. and Carefree Solutions USA, Inc. (n/k/a Medicare Medicaid Advisors USA, Inc.)

[ ] Appellant(s)  [ ] Petitioner(s)  [✔] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Andrew Ennis  s/: Andrew Ennis

Firm Name: Polsinelli PC

Business Address: 900 W. 48th Place, Ste. 900

City/State/Zip: Kansas City, MO 64112

Telephone Number (Area Code): (816) 753-1000

Email Address: AEnnis@Polsinelli.com

### CERTIFICATE OF SERVICE

[✔] I hereby certify that on 7/12/2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: