UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: US ex rel. Holt vs. Medicare Medicaid Advisors, Inc., et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 23-2564 for the following party(s): (please specify)

Humana Inc.

| ☐ Appellant(s) | ☐ Petitioner(s) | ☑ Appellee(s) | ☐ Respondent(s) | ☐ Amicus Curiae | ☐ Intervenor(s) |

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Jonathan Y. Ellis      s/: Jonathan Y. Ellis

Firm Name: McGuireWoods LLP

Business Address: 501 Fayetteville Street, Suite 500

City/State/Zip: Raleigh, NC 27601

Telephone Number (Area Code): (919) 755-6688

Email Address: jellis@mcguirewoods.com

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 8/16/2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: