# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 26, 2023, 3 copies of the Joint Appendix, Volumes 1 and 2, were filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by sending the same via pre-paid overnight Federal Express delivery and one copy of each volume was served upon the below-listed counsel by depositing same in the United States Mail in New York City, New York on September 26, 2023, properly stamped and addressed to:

Jessica M. Andrade
POLSINELLI, PC
1000 Second Avenue, Suite 3500
Seattle Washington 98104

Andrew J. Ennis
Phillip Zeeck
POLSINELLI, PC
900 West 48th Place
Kansas City, Missouri 64112

Timothy J. Ahrenhoersterbaeumer
Gerald P. Greiman
SPENCER FANE LLP
1 No. Brentwood Blvd., Suite 1200
Saint Louis, Missouri 63105

Mariellen Dugan
Philip Morrow
Kevin Musiakiewicz
CALCAGNI & KANEFSKY LLP
1085 Raymond Blvd., 14th Floor
Newark, New Jersey 07102

Edwin E. Brooks
Patrick P. Clyder
Christina M. Egan
David J. Pivnick
MCGUIREWOODS
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601

R. Kent Warren
MCGUIREWOODS
201 No. Tryon Street, Suite 3000
Charlotte, North Carolina 28280

Emily McGowan
Kyle R. Hair
ALSTON & BIRD LLP
1120 So. Tryon Street, Suite 300
Charlotte, North Carolina 28203

Bradley J. Schlozman
HINKLE LAW FIRM LLC
1617 No. Waterfront Pkwy., Suite 400
Wichita, Kansas 67206

*/s/ Kara A. Elgersma*
Kara A. Elgersma