# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2564

United States of America ex rel. Elizabeth D. Holt

Appellant

v.

Medicare Medical Advisors, Inc., et al.

Appellees

------------------------------

United States

Amicus on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:18-cv-00860-DGK)
_____

**ORDER**

Appellees' motion for extension of time to file the brief is granted. Appellees may have until December 7, 2023 to file the brief.

October 10, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans